

# Fourth Court of Appeals
## San Antonio, Texas

January 7, 2015

No. 04-14-00900-CV

**IN THE INTEREST OF N.M., A CHILD**,

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-03030
Honorable Charles E. Montemayor, Judge Presiding

### O R D E R

In this accelerated appeal, appellant mother appeals an order of termination signed December 5, 2014. Accordingly, the notice of appeal was due December 29, 2014, or a motion for extension of time to file the notice of appeal is due in this court no later than January 13, 2015. *See* TEX. R. APP. P. 26.1, 26.3. We have received a copy of the notice of appeal which is file-stamped January 5, 2015. The notice of appeal contains a certificate of service stating the notice of appeal was served on appellee on January 5, 2015 by electronic service. The notice of appeal is untimely, but there is still time for appellant mother to file a timely motion for extension of time to file the notice of appeal.

Accordingly, we **ORDER** appellant mother to file a motion to extend time to file the notice of appeal in this court on or before January 13, 2015.

We **order** the clerk of this court to serve a copy of this order on all counsel, the district clerk, and the court reporter. **We remind the court reporter the record was due in this court January 5, 2015, but has not been filed.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court